IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

MILTON BRITTON,           )
                          )
    Plaintiff,             )    CASE NO. 1:12-0049
                          )    Chief Judge Haynes
v.                        )
                          )
MAURY COUNTY SHERIFF'S    )
DEPARTMENT and FLOYD SEALEY, )
                          )
    Defendants.            )

## ORDER

Upon review, this action is set for a pretrial conference on **Tuesday, September 25, 2012 at 10:00 a.m.** at the United States Courthouse in **Columbia, Tennessee**. The custodian of the Plaintiff shall produce the Plaintiff for this conference.

It is so **ORDERED**.

**ENTERED** this the 14th day of September, 2012.

_____
WILLIAM J. HAYNES, JR.
Chief United States District Judge