# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| GERMONTRIC DRIVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:12-0054 |
| ) | Chief Judge Haynes |
| ENOCH GEORGE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon review of the file in the following related actions with counsel for Plaintiffs, counsel has entered an appearance of record for some Plaintiffs. The claims in these actions contain claims common to pro se actions against common Defendants arising out of the conditions of confinement at the Maury County jail. A case management order shall be entered in the following actions in which the Plaintiffs are represented by counsel:

Germontric Driver v. Enoch George, et al., 1:12-0054

Daniel Adam Jones v. Maury County Hospital, et al., 1:12-0088

Larry McGuire v. Enoch George, et al., 1:12-0082

Justin Mack McKennon, Andre Eugene Stephens v. Enoch George, et al., 1:12-0095

Cyon Sept v. Enoch George, et al, 1:12-0085

James Andrew Wall v. Enoch George, et al., 1:12-0118

In the interests of justice and judicial efficiency, the following pro se actions are **STAYED** pending the conclusion of the actions in which Plaintiffs are represented by counsel:

Kenneth R. Bell v. Enoch George, et al., 1:12-0044

Milton Britton v. Maury County Sheriff Department, et al., 1:12-0049

Kyle J. McComb v. Enoch George, et al., 1:12-0059

Wendell Witherspoon, Jacob Goethe v. Enoch George, et al., 1:12-0062

Qwanteldrick N. Ames v. Enoch George, et al., 1:12-0115; 1:12-0127

Michael A. James v. Floyd Sealy, et al., 1:12-0120

Cameron Malugin v. Enoch George, et al., 1:12-0121

Michael Goodrum v. Enoch George, et al., 1:12-0125

Brandon Curtis Frazier v. Enoch George, et al., 1:12-0128

Patrick Martin v. Enoch George, et al., 1:12-0131

Jay Thomas Aldis v. Enoch George, et al., 1:12-0132

John Franklin Moore v. Enoch George, et al., 1:12-0135

Granville Pillow v. Enoch George, et al., 1:12-0137

Christopher E. Jones v. Enoch George, et al., 1:12-0140

Stephen M. Wix v. Enoch George, et al., 1:12-0141

David Bradley v. Debra Wagonshultz, et al., 1:12-0142

Jeri Diane Thurman v. Maury County Jail, et al., 1:12-0145

Jimmie Brown, Jr. V. Enoch George, et al., 1:12-0146

William W. Walker v. Floyd Sealy, et al., 1:12-0147

Anthony L. Davidson v. Enoch George, et al., 1:12-0148

Timothy Carl Johnson, Jr. v. Enoch George, et al., 1:12-0149

Teddy W. Reese, II v. Enoch George, et al., 1:12-0150

Daniel Stewart v. State of Tennessee, et al., 1:12-0152

Brian Rummage v. Maury County Jail, et al., 1:12-0153

Jonathan Mitchell v. Maury County Jail, 1:12-0155

Eric Whitaker v. Enoch George, et al., 1:12-0158

Lindsey Ray Butler v. Debra Wagonshultz, et al., 1:12-0162

Jamie Secrest v. Enoch George, et al., 1:12-0164

Justin Dawson v. Enoch George, et al., 1:12-0168

Chad Allen Martin v. Enoch George, et al., 1:12-0170

Edward Walker v. Floyd Sealy, et al., 1:12-0176

Richard Dean Roberts v. Maury County Sheriff's Department, et al., 1:12-0182

Jackie Eugene Collins v. Enoch George, et al., 1:12-0186

William R. Runions, Jr. v. Enoch George, et al., 1:12-0187

If necessary, the discovery in the lead actions will be made available to the pro se Plaintiffs. Nothing in this Order precludes Plaintiffs in the stayed actions from being deposed or called as witnesses in the actions that will proceed to trial first.

The Clerk is directed to file this Order in each action listed in this Order.

It is so **ORDERED**.

**ENTERED** this the _11th_ day of ~~February~~ March, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court